# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11cv0847 — DLB |
| | ) | |
| | ) | ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING AND BRIEFING (Document 21) |
| Plaintiff, | ) | |
| v. | ) | **Date: September 23, 2011** |
| | ) | **Time: 9:00 a.m.** |
| CHRIS CAPRIOTTI, et al., | ) | **Courtroom: 9** |
| | ) | **The Honorable Dennis L. Beck** |
| Defendants. | ) | |

On September 12, 2011, Plaintiff United States of America filed a Motion to Shorten Time for the hearings on its Motion to Amend and Motion for Service by Publication.

For good cause, the Motion is GRANTED. The hearings were originally set before the Honorable Oliver W. Wanger but are now reset before the Honorable Dennis L. Beck. The hearings SHALL be held on September 23, 2011, at 9:00 a.m., in Courtroom 9.

Any oppositions to the motions SHALL be filed no later than September 19, 2011. A reply, if any, SHALL be filed no later than September 22, 2011, at 12:00 p.m.

IT IS SO ORDERED.

Dated:   **September 14, 2011**              /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE