# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11cv0847 DLB |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ) | (Document 39) |
| CHRIS CAPRIOTTI, et al., | ) | |
| Defendants. | ) | |

The parties have complied with the November 2, 2011, Order to Show Cause and it is therefore DISCHARGED.

IT IS SO ORDERED.

Dated:   November 29, 2011              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1