John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Defendant
Oak View Trust by Global Business Services as Trustee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:11-CV-00847-OWW-DLB |
| Plaintiff, | **STIPULATION AND ORDER TO SET ASIDE DEFAULT AND CONFORM RESPONSIVE PLEADINGS** |
| v. | |
| CHRIS CAPRIOTTI, individually and as Trustee of THE CHRIS AND CARRIE CAPRIOTTI FAMILY TRUST; CARRIE L. CAPRIOTTI, individually and as Trustee of THE CHRIS AND CARRIE CAPRIOTTI FAMILY TRUST; OAKVIEW TRUST by GLOBAL BUSINESS SERVICES as Trustee; AND THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD, | |
| Defendants. | |

This Stipulation and Order to Set Aside Default and Conform Responsive Pleadings is entered into by and between the parties to this action with respect to the following Recitals of Fact:

1. Plaintiff United States of America filed its Complaint in the above-referenced court on or about May 23, 2011;

2. Thereafter, Trustee Global Business Services filed a responsive pleading on behalf of Defendant Oak View Trust. Responsive pleadings were not filed on behalf of a trustee of the Chris and Carrie Capriotti Family Trust;

3. Plaintiff United States of America filed a First Amended Complaint on September 30, 2011.

4. Global Business Services filed responsive pleadings on behalf of both the Oak View Trust and the Chris and Carrie Capriotti Family Trust.

5. On or about September 7, 2011, Plaintiff United States of America filed a Notice of Default with respect to the Chris and Carrie Capriotti Family Trust.

6. Global Administrative Services, LLC, a California limited liability company, is successor trustee to Global Business Services, a Nevada corporation, with respect to both the Oak View Trust and the Chris and Carrie Capriotti Family Trust.

7. The parties desire, and hereby stipulate to, set aside the prior default entered by Plaintiff United States of America with respect to the Chris and Carrie Capriotti Family Trust, and to substitute the responsive pleading attached hereto as Exhibit "A" by Global Administrative Services, LLC, for the prior responsive pleadings filed by Global Business Services, a Nevada corporation, on behalf of the Oak View Trust and the Chris and Carrie Capriotti Family Trust.  The purpose of filing the attached amended responsive pleading is solely to correct the party designation as to Global Administrative Services, LLC.

Based on the foregoing, good cause otherwise appearing, the parties hereby stipulate and agree as follows:

1. The prior Request for Entry of Default and resulting Order thereon submitted by Plaintiff United States of America with respect to the Chris and Carrie Capriotti Family Trust is hereby set aside.

2. The parties request that the United States District Court hereby accept Exhibit "A" as the amended responsive pleading filed on behalf of Global Administrative Services, LLC, a California limited liability company, as its responsive pleading with respect to Global Administrative Services, as successor trustee of both the Oak View Trust and the Chris and Carrie Capriotti Family Trust.

///

///

STIPULATION AND ORDER TO SET ASIDE DEFAULT AND CONFORM RESPONSIVE PLEADINGS

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704

3. That all Orders of the Court with respect to the Joint Scheduling Conference held on December 5, 2011, shall remain in place, and Global Administrative Services, LLC, shall be bound by the same.

Dated: December 16, 2011

**WILD, CARTER & TIPTON**
A Professional Corporation

By  /s/
JOHN W. PHILLIPS
Attorneys for Oak View Trust by Global Administrative Services, LLC as Trustee, and the Chris and Carrie Capriotti Family Trust, by Global Administrative Services, LLC as Trustee

Dated: December 15, 2011

**U.S. DEPARTMENT OF JUSTICE**

By  /s/
AARON BAILEY, Attorneys for United States of America

ORDER

For good cause, it is so ordered.

Dated: December 20, 2011

_/s/ Dennis L. Beck_
U.S. MAGISTRATE JUDGE