# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-00847-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER AND PROVIDE A JOINT STATEMENT OF UNDISPUTED FACTS |
| v. | |
| CHRIS CAPRIOTTI, et al., | (ECF Nos. 87, 92) |
| Defendants. | |

Plaintiff United States of America filed this action on May 23, 2011, against Defendants Chris Capriotti, Carrie Capriotti, State of California Franchise Tax Board, the Chris and Carrie Capriotti Family Trust, and Oakview Trust. On January 18, 2013, Plaintiff and Defendants Oakview Trust and the Chris and Carrie Capriotti Trust filed motions for summary judgment.

In the scheduling order issued December 9, 2011, the parties were advised that prior to filing a motion for summary judgment they were to meet and confer. The order requires the moving party to file a joint statement of undisputed facts with the motion for summary judgment. The moving party is required to certify that the parties have met and conferred as set forth in the order or set forth a statement of good cause for the failure to meet and confer. (Scheduling Order 4:8-20.)

The Court has reviewed the moving papers of the parties, and neither party has certified that they have met and conferred prior to bringing their motions for summary judgment, nor has a joint statement of undisputed facts been submitted by either party. Accordingly,

IT IS HEREBY ORDERED that the parties shall certify that they have met and conferred as required by the scheduling order and shall file a joint statement of undisputed facts by 4:00 p.m. on

Friday, March 1, 2013. Should the parties fail comply with this order, the hearing date on the motions for summary judgment shall be vacated and a status conference set.

IT IS SO ORDERED.

    Dated:  **February 25, 2013**         _____
                                                  UNITED STATES MAGISTRATE JUDGE