# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-00847-SAB |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS OPPORTUNITY TO FILE REPLY |
| CHRIS CAPRIOTTI, et al., | (ECF No. 106) |
| Defendants. | |

_____/

On March 19, 2013, Plaintiff filed a response to Defendants supplemental briefing on the parties motions for summary judgment.  The Court shall grant Defendants an opportunity to file a reply to Plaintiff's response by March 29, 2013.  This shall be the final briefing and no further responses will be granted or considered by the Court.

IT IS SO ORDERED.

**Dated:   March 20, 2013**                    _____
                              UNITED STATES MAGISTRATE JUDGE