# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS CAPRIOTTI, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00847-SAB<br><br>ORDER REQUIRING PARTIES TO FILE ANY OBJECTIONS TO PROPOSED ORDER OF SALE |

　　　　On April 12, 2013, an order issued granting Plaintiff's motion for summary judgment, foreclosing on the tax liens against Chris and Carrie Capriotti, and ordering Plaintiff to file a proposed order to effectuate the foreclosure and sale of real property. (ECF No. 113.) In the order granting summary judgment, the Court informed Plaintiff that the issue of lien priorities needed to be addressed. On April 16, 2013, Plaintiff filed a proposed order re sale. (ECF No. 115.) The Capriottis filed an objection to the proposed order on April 18, 2013. (ECF No. 116.) The Court shall grant the parties an opportunity to address the proposed order and objections filed by the Capriottis. Accordingly,

//
//
//
//
//

1

IT IS HEREBY ORDERED that:

1. Any objection to the proposed order shall be filed by 5:00 p.m., April 24, 2013;

2. Any replies to objections to the proposed order shall be filed by 5:00 p.m., April 26, 2013; and

3. Should Plaintiff determine it necessary, any amended proposed order shall be filed by 5:00 p.m., April 26, 2013.

IT IS SO ORDERED.

Dated: **April 19, 2013**

UNITED STATES MAGISTRATE JUDGE