# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS CAPRIOTTI, et al.,<br><br>Defendants. | Case No.  1:11-cv-00847-SAB<br><br>ORDER ON CONFIRMATION<br><br>(ECF No. 128) |

On December 31, 2013, the United States filed a Motion for Confirmation of the Sale. A hearing on the Motion was set for January 29, 2014 at 9:30 a.m. before the undersigned. No objections to the Motion for Confirmation of the Sale have been filed. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on January 29, 2014 will be vacated.

On April 29, 2013, the Court entered an Order of Judicial Sale in this case. (ECF No. 120.) The Order directed the Internal Revenue Service to sell property of the Judgment debtors Chris and Carrie Capriotti and report the sale to the Court. The Court permitted the sale of the property ("the Property") located 27484 Oak Flat Lane, Clovis, California, and more particularly described as follows:

Parcel 7 of Parcel Map No. 5216, in the County of Fresno, State of California,

1

according to the Map thereof recorded in Book 38, Page 70 of Parcel Maps, in the Office of the County Recorder of said County, being a portion of the Northwest quarter of Section 35, Township 11 South, Range 23 East, Mount Diablo Base and Meridian, according to the Official Plat thereof.

The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted.  For four weeks prior to November 22, 2013, a newspaper of general circulation in Fresno County, published notice of the sale.  On November 22, 2013, at the Fresno County Courthouse, the United States offered for sale at public auction to the highest bidder the property described in the Notice of Sale.  The successful bidder bid $227,000.00 and the required deposit of $23,000 was paid at the time of the sale.  The $23,000 was deposited in the Court's registry at the time and the remainder was deposited on December 11, 2013.  The United States seeks an order confirming the sale of the Property.

In accordance with the foregoing, and for good cause shown, IT IS ORDERED THAT the sale on November 22, 2013, of the real property commonly known as 27484 Oak Flat Lane, Clovis, California was properly conducted.  The sale is hereby confirmed.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the real property commonly known as 27484 Oak Flat Lane, Clovis, California to the purchaser or to their assignee(s).

IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the subject property that are held or asserted in this action by the plaintiff or any of the defendants are discharged.  On delivery of the Certificate of Sale and Deed, the real property commonly known as 27484 Oak Flat Lane, Clovis, California shall be free and clear of the interests of defendants Chris Capriotti, Carrie Capriotti, The Chris and Carrie Capriotti Family Trust, Oakview Trust, Global Administrative Services, LLC and the State of California.

IT IS FURTHER ORDERED THAT possession of the property sold shall be yielded to the purchasers upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of

this Court to compel delivery of the property to the purchaser.

IT IS SO ORDERED.

Dated:     **January 22, 2014**

UNITED STATES MAGISTRATE JUDGE