# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-00847-SAB |
| Plaintiff, | ORDER DIRECTING INTERNAL REVENUE SERVICE AND FRANCHISE TAX BOARD TO ADVISE RE PAYMENT |
| v. | |
| CHRIS CAPRIOTTI, et al., | FOURTEEN-DAY DEADLINE |
| Defendants. | |

On January 27, 2014, at the stipulation of the Internal Revenue Service and Franchise Tax Board, an order issued disbursing the funds from the sale of property in this action. (ECF No. 133.) The parties had stipulated that a check in the amount of $2,357.14 be issued to the County of Fresno for property taxes. On February 28, 2014, the County of Fresno returned the check because it did not include the delinquent penalties. (ECF No. 134.) Within fourteen days from the date of service of this order, the parties are ordered to inform the Court how these funds are to be disbursed.

IT IS SO ORDERED.

Dated:  **March 4, 2014**

UNITED STATES MAGISTRATE JUDGE