# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRIS CAPRIOTTI, et al.,<br><br>            Defendants. | Case No.  1:11-cv-00847-SAB<br><br>AMENDED ORDER OF DISTRIBUTION<br><br>(ECF No. 136) |

Pursuant to the stipulation for disbursement of funds, Plaintiff's Amended Motion for Disbursement of Funds is GRANTED and IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to disburse the funds as follows:

1. First, by check made payable to the "County of Fresno, California" in the amount of $2,476.22 (if mailed by March 21, 2014) or $2,506.00 (if mailed after March 21, 2014) for the unpaid property taxes associated with the property, with "27484 Oak Flat Lane, Clovis, California, Parcel No. 13842002" written in the memo field, mailed to:

    Vicki Crow, C.P.A.
    Fresno County Auditor Controller
    Treasurer-Tax Collector
    P. O. Box 1247
    Fresno, California 93715

1

2. Second, the remainder, by check made payable to the "United States Treasury," with "U.S. v. Capriotti, et al., Case No. 1:11-cv-00847" written in the memo field, including any interest that may have accrued while in the Court's registry, without reduction for registry fees, for application to the judgment debts in this case, mailed to:

> Tax FLU, Office of Review
> P.O. Box 310
> Ben Franklin Station
> Washington DC  20044-0310

IT IS SO ORDERED.

Dated:   **March 12, 2014**

UNITED STATES MAGISTRATE JUDGE